IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO LAUREL,<br><br>    Petitioner,<br><br>    v.<br><br>W. L. MUNIZ, Warden,<br><br>    Respondent. | No. C 15-01420 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

    The Clerk of the Court erroneously opened this case when Petitioner, a state prisoner incarcerated at Salinas Valley State Prison, submitted a petition for a writ of habeas corpus and paid the filing fee. Petitioner is seeking to re-open his recently closed case, Laurel v. Holland, No. C 14-5118 BLF, which was dismissed for failure to pay the filing fee. The petition filed in the present case raises similar claims as the petition filed in the earlier action, and Petitioner updated the petition to name as respondent the warden of his current place of incarceration, Salinas Valley State Prison, and removed as respondent the warden of his former place of incarceration, California Correctional Institution.

    Accordingly, this case is DISMISSED because it was opened in error. Both the petition for a writ of habeas corpus (Docket No. 1) and the motion requesting "Re-Acceptance" of Petitioner's Writ of Habeas Corpus (Docket No. 2) should be

Order
P:\PRO-SE\BLF\HC.15\01420Laurel_dismiss opened in error.wpd

docketed in <u>Laurel v. Holland</u>, No. C 14-5118 BLF. In addition, the filing fee should be credited to <u>Laurel v. Holland</u>, No. C 14-5118 BLF. The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: April 2, 2015

BETH LABSON FREEMAN
United States District Judge